UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-23656-CIV-MORENO**

YEISON EDUARDO BARAHONA,

      Plaintiff,

vs.

FLORIDA ERECTION SERVICE, INC.,
DONALD MCLENDON, MICHAEL D.
MCLENDON, and ETHEL MCLENDON,

      Defendants.
_____/

## **ORDER GRANTING MOTION FOR CLERK TO DESIGNATE DIFFERENT MEDIATOR**

THIS CAUSE came before the Court upon Plaintiff's Request that the Clerk Designate a Different Mediator **(D.E. 23)**, filed on **September 28, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court will designate mediator Juan Ramirez, Jr. of ADR Miami LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of October 2016.

                                                                   FEDERICO A. MORENO
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record