UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23656-CIV-O'SULLIVAN

[CONSENT CASE]

YEISON EDUARDO BARAHONA,            )
ROBERTO SALOMON RUBI YANEZ,         )
EDUIN ROBERTO BARAHONA              )
ORELLANA, and all others similarly situated )
under 29 U.S.C. 216(b),             )
                                    )
                                    )
                Plaintiff,          )
        vs.                         )
                                    )
                                    )
FLORIDA ERECTION SERVICE, INC.,     )
DONALD G MCLENDON,                  )
MICHAEL D. MCLENDON,                )
ETHEL L MCLENDON,                   )
                                    )
                Defendants.         )
_____ )

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ONLY DEFENDANT ETHEL L MCLENDON

COME NOW the Parties, by and through their respective undersigned Counsel, under Rule 41 of the Federal Rules of Civil Procedure, and notice the Court that Plaintiffs voluntarily dismiss their claims against only Defendant ETHEL L MCLENDON **without** prejudice, brought in the above-captioned lawsuit.

This dismissal is based upon conferral between the below counsel for the Parties and Defendant ETHEL L MCLENDON's execution of an Affidavit pertaining to relevant issues in this matter.

As agreed to by and between the Parties, should discovery demonstrate that Defendant ETHEL L MCLENDON's Affidavit and the information therein contained is incorrect and that Defendant ETHEL L MCLENDON was a proper named-Defendant in the instant matter,

Plaintiffs may move to amend to add Defendant ETHEL L MCLENDON and/or file a separate lawsuit against her should the deadline have passed to add same and Plaintiffs shall enjoy the original date of the filing of the Complaint against Defendant ETHEL L MCLENDON. Nothing in this Joint Notice waives any and all defenses available to ETHEL L MCLENDON in the event Plaintiff moves to amend and/or files a separate lawsuit against ETHEL L MCLENDON.

Further, as agreed to by the Parties, each side shall bear their own respective fees and costs as to only Defendant ETHEL L MCLENDON. The case shall proceed as to the remaining Defendants, FLORIDA ERECTION SERVICE, INC., DONALD G MCLENDON, and MICHAEL D. MCLENDON.

**Dated:** January 12, 2017.

**J.H. ZIDELL, P.A.**
*Counsel for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone:     (305) 865-6766
Facsimile:     (305) 865-7167

By:/s/ Rivkah F. Jaff
     **RIVKAH F. JAFF, ESQ.**
     Fla. Bar No. 107511
     Rivkah.Jaff@gmail.com

**LUBELL & ROSEN, LLC**
*Counsel for Defendants*
200 S. Andrews Avenue, Suite 900
Fort Lauderdale, Fl 33301
Telephone: (954) 880-9500
Facsimile: (954) 755-2993

By: /S/ Adi Amit
     **ADI AMIT, ESQ.**
     Fla. Bar No. 35257
     Adi@Lubellrosen.Com