UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23656-CIV-O'SULLIVAN

[CONSENT CASE]

YEISON EDUARDO BARAHONA, )
ROBERTO SALOMON RUBI YANEZ, JOSE )
MANUEL BUSTILLO BARAHONA, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
       Plaintiff, )
vs. )
)
FLORIDA ERECTION SERVICE, INC., )
DONALD G MCLENDON, )
MICHAEL D. MCLENDON, )
)
       Defendants. )
)
_____ )

### UNOPPOSED PLAINTIFFS' MOTION TO CONTINUE PRETRIAL CONFERENCE

**COME NOW** the Plaintiffs, through counsel, and hereby file this unopposed Motion as follows:

### INTRODUCTION

1. The Pretrial Conference set for 10/12/17 [DE 33].

2. The undersigned office is closed 9/21/17, 9/22/17, 10/5/17, 10/6/17, 10/12/17, and 10/13/17, due to Jewish holidays. All attorneys and staff at the undersigned Firm will be on vacation those dates. Also, the Firm's calendar doe not have availability 10/27/17. Defendants are not available on 9/25/17 or 10/10/17.

3. Upon conferral with defense Counsel's office and Chambers, the Parties are available on September 26, 2017 at 2:30 p.m.-3:30 p.m.

4. Consequently, it is requested that the Court reset the Pretrial Conference to September 26, 2017 at 2:30 p.m.-3:30 p.m. or another date the Court is available. However, it is requested the hearing not be reset on any of the dates set forth in Para. 2 above.

## MEMORANDUM OF LAW

The Court should find the aforesaid constitutes good cause shown to justify a requested extension to hold the Pretrial Conference at a later date. The Court has discretion to grant enlargements and the undersigned Firm has conferred with defense Counsel's office and communicated with Chambers. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

WHEREFORE THE PLAINTIFFS REQUEST THAT THE COURT RESET THE PRETRIAL CONFERENCE TO SEPTEMBER 26, 2017 AT 2:30 P.M.-3:30 P.M. OR ANOTHER DATE THE COURT IS AVAILABLE. HOWEVER, IT IS REQUESTED THE HEARING NOT BE RESET ON ANY OF THE DATES SET FORTH IN PARA. 2 ABOVE.

## CERTIFICATE OF CONFERRAL

This Motion is unopposed and Parties conferred as set forth herein.

Respectfully submitted,

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870

BY:_____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/31/17 TO:

ALL CM/ECF RECIPIENTS

ADI AMIT, ESQ.
LUBELL & ROSEN, LLC
200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: 954-755-3425
FAX: 954-755-2993
EMAIL: ADI@LUBELLROSEN.COM

BY:__ /S/ K. DAVID KELLY _____
K. DAVID KELLY, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23656-CIV-O'SULLIVAN

[CONSENT CASE]

YEISON EDUARDO BARAHONA,
ROBERTO SALOMON RUBI YANEZ, JOSE
MANUEL BUSTILLO BARAHONA, and all
others similarly situated under 29 U.S.C.
216(b),

         Plaintiff,

vs.

FLORIDA ERECTION SERVICE, INC.,
DONALD G MCLENDON,
MICHAEL D. MCLENDON,

         Defendants.

_____

## ORDER GRANTING UNOPPOSED PLAINTIFFS' MOTION TO CONTINUE PRETRIAL CONFERENCE

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said Motion is granted as follows:

The Pretrial Conference is hereby rescheduled to be held on _____.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                              _____
                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record