UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23656-CIV-O'SULLIVAN

[CONSENT CASE]

YEISON EDUARDO BARAHONA,  )
ROBERTO SALOMON RUBI YANEZ, JOSE )
MANUEL BUSTILLO BARAHONA, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiff, )
vs. )
)
FLORIDA ERECTION SERVICE, INC., )
DONALD G MCLENDON, )
MICHAEL D. MCLENDON, )
)
Defendants. )
)
)
)

## ORDER GRANTING UNOPPOSED PLAINTIFFS' MOTION TO CONTINUE PRETRIAL CONFERENCE

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said Motion is granted as follows:

The Pretrial Conference is hereby rescheduled to be held on Sep 26 at 3p.m.

DONE AND ORDERED in chambers in Miami, Florida, on this 31 day of August, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record